1586/DAD
no feel
no IFP

✎AO 241
(Rev. 10.07)                                                                                          Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern |
|---|---|

| Name (under which you were convicted): JOSHEPH D. AUSTIN | | Docket or Case No.: 3:22-cv-24 |
|---|---|---|

| Place of Confinement : SCI-Houtzdale<br>209 Institution Dr.<br>Houtzdale, PA. 16698-1000 | Prisoner No.: MJ-2214 |
|---|---|

| Petitioner (include the name under which you were convicted)<br>Joseph D. Austin | v. | Respondent (authorized person having custody of petitioner)<br>Barry Smith, Superintendent<br>of State Correctional Inst.<br>@ SCI-HOUTZDALE |
|---|---|---|

| The Attorney General of the State of | |
|---|---|

SCANNED

## PETITION

RECEIVED

1.     (a) Name and location of court that entered the judgment of conviction you are challenging:
Philadelphia County Pennsylvania
Court of Common Pleas

FEB 15 2022

(b) Criminal docket or case number (if you know): CP-51-CR-0003166-2014

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

2.     (a) Date of the judgment of conviction (if you know): November 12,2015

(b) Date of sentencing:   January 15,2016

3.     Length of sentence: Noless 25 nor more then 50

4.     In this case, were you convicted on more than one count or of more than one crime?     ☐ Yes    ☒ No

5.     Identify all crimes of which you were convicted and sentenced in this case:  Burglary,
Criminal Trespassing, Terroristic Threats, and Simple
Assault

6.     (a) What was your plea? (Check one)

        ☒ (1)    Not guilty        ☐ (3)    Nolo contendere (no contest)

        ☐ (2)    Guilty            ☐ (4)    Insanity plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   Pled not guilty to all charges...

(c) If you went to trial, what kind of trial did you have? (Check one)

⬛ Jury    ☒ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:  Superior Court of Pennsylvania

(b) Docket or case number (if you know):  314 EDA 2016

(c) Result:  Judgment of Sentence was Affirmed

(d) Date of result (if you know):  November 14,2017

(e) Citation to the case (if you know):

(f) Grounds raised:  Challenged the Sufficiency of the Evidence to sustain a Burglary;  Legality of a Mandatory Minimum Sentence that was imposed in this case;

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court:  Supreme Court of Pennsylvania

(2) Docket or case number (if you know):  35 ET 2018

(3) Result:  Affirmed the Superior Court of Pennsylvania decision.

(4) Date of result (if you know):   August 15,2018

(5) Citation to the case (if you know):

(6) Grounds raised: Whether the Superior Court erred when it failed to grant an arrest of Judgement where the vertic was not supporten by sufficient evidence? (2) did the Superior Court err not granting pro se Application forRemand and New Trial Pursuant to Pa R.A.P.§123..

(h) Did you file a petition for certiorari in the United States Supreme Court?        ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?        ☒ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Court of Common Pleas of Philadelphia County

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: Post-Conviction Relief Act

(5) Grounds raised: Ineffective Assistance of Counsel

(Philadelphia Common Pleas Court has failed to respond to any Motions or Petitions filed since I filed it I have even file motions to compel a answer all to no avail)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result:

(8) Date of result (if you know):

AO 241
(Rev. 10/07)

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: Common Pleas of Philadelphia County Pennsylvania

        (2) Docket or case number (if you know): CP-51-CR-0003166-2014

        (3) Date of filing (if you know): September 13,2021

        (4) Nature of the proceeding: Motion to Compel Answer to Motion for Arrest of Judgement and New Trial ,,,(That the said Court turned into a PCRA.
        (5) Grounds raised: Same Claims that was brought up through the Direct Appeal and the only other was Ineffective Assistance of Counsel

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☒ No

    (7) Result:

    (8) Date of result (if you know):

  (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏   Yes        ❏   No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:        ☒   Yes        ❏   No

(2) Second petition:      ❏   Yes        ❏   No

(3) Third petition:        ❏   Yes        ❏   No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** 5th,6th,8th, and 14th Amendment to the United States Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Sufficiency of the Evidence to sustain a Burglary Charge

The evidence that was brought to the said court did not support the crime for the Statue for Burglaryor any of the other crimes that petitioner was charged with that is why the other charges never went any where

(b) If you did not exhaust your state remedies on Ground One, explain why: Taken to Superior Court of Pennsylvania, and was also Denied Allowence of Appeal to the Pennsylvania Supreme Court.

AO 241
(Rev. 10/07)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: **Attorney, Lauren Baraldi filed a Anders, brief**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **Post-Conviction Relief Act, (Petition)**

Name and location of the court where the motion or petition was filed: **Philadelphia County Pennsylvania Court of Common Pleas**

Docket or case number (if you know): **CP-51-CR-0003166-2014**

Date of the court's decision: **October 5, 2020**

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: **The Philadelphia Court of Common Pleas has never answerec the first filing.**

AO 241
(Rev. 10/07)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:** 5th, 6th, 8th, and 14th Amendment of the United States Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel failed to adequately represent petitioner, by not putting up the defence and bring the evidence that he had in his possession that would of resaulted in a aquittal

(b) If you did not exhaust your state remedies on Ground Two, explain why: No answer from court still pending

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to do so after petitioner requested

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief Act (Petition)

Name and location of the court where the motion or petition was filed Philadelphia County Pennsylvania Court of Common Pleas

Docket or case number (if you know): CP-51-CR-0003166-2014

Date of the court's decision: October 5, 2020

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 10.07)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏  Yes    ❏  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏  Yes    ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 10 07)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                                    ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?                            ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 10/07)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: The last Motions and Petitions that was filed was
never answered by the lower courts.

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so,

ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☒ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

raised. Philadelphia County Common Pleas of Pennsylvania

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  Jennifer Santiago

(b) At arraignment and plea: David Santee Esq.

(c) At trial: David Santee Esq.

(d) At sentencing:  David Santee Esq.

(e) On appeal:  Lauren P. Baraldi Esq.

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          ☐ Yes     ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          ☐ Yes     ☒ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 10/07)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.     § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.